PATRICK FLYNN
ATTORNEY AT LAW

Patrick S. Flynn*

Email:pflynn@patrickflynnlaw.com
*Also admitted in Alabama

January 3, 2025

**NOTICE PURSUANT TO O.C.G.A. § 36-33-5, ET SEQ.**

TO: Superintendent Dale Garnto, Wilcox County Board of Education, Rochelle, Georgia its insurers, agents, employees, lessees, assigns, affiliates and successors

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6458 91**
Wilcox County Board of Education
Dale Garnto, Superintendent
114 7th Avenue
Rochelle, Georgia 31079
garntod@wilcoxcountyschools.org

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6459 07**
Wilcox County Board of Education
Philip McKie – District 1
114 7th Avenue
Rochelle, Georgia 31079

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6459 14**
Wilcox County Board of Education
William Dozier – District 2
114 7th Avenue
Rochelle, Georgia 31079

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6458 46**
Wilcox County Board of Education
Morris Holloway -District 3
114 7th Avenue
Rochelle, Georgia 31079

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6458 53**
Wilcox County Board of Education
Berry Collier-District 4
114 7th Avenue
Rochelle, Georgia 31079

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6458 60**
Wilcox County Board of Education
Denita Childs -District 1
114 7th Avenue
Rochelle, Georgia 31079

**By Certified Mail, Return Receipt**
**9589 0710 5270 2312 6458 77**
Wilcox County High School
Chad Davis, Principal
1358 GA Highway 215 S.
Rochelle, GA 31079
Davisc2@wilcoxcountyschools.org

**NOTICE OF CLAIMS PURSUANT TO APPLICABLE LAW, INCLUDING O.C.G.A. § 36-33-5, ET SEQ. RELATED TO AN INCIDENT RESULTING IN INJURIES, MEDICAL BILLS, PAIN AND SUFFERING AND ALL OTHER CLAIMS ARISING OUT OF THE INJURIES SUFFERED BY E.M.**

| | | |
|---|---|---|
| **RE:** | **Date and Time of Injury:** | **Ongoing injuries and damages beginning on or about May 11, 2023.** |
| | **Place of Injury:** | **Wilcox County High School, Georgia Rochelle, Georgia** |
| | **Our Client:** | **E.M. (Client's initials provided to protect her confidentiality)** |
| | **Extent of Injuries:** | **Permanent physical, emotional and mental injuries** |
| | **Negligence causing injuries** | **Injuries and damages for failure to monitor and terminate Mr. Dennard and closely monitor the situation with E.M. after they had been apprised of the parents' concerns.** |
| | **Demand** | **$3,000,000.00** |

Dear Superintendent Garnto and Board Members,

Notice is hereby given to the Wilcox County Board of Education that the undersigned law

firm represents E.M.[1] This Notice is given to the Wilcox County Board of Education as may be required by law and is given on behalf of the above-stated claimants pursuant to OCGA §36-11-1 et seq. and any other laws, statutes, rules, or regulations requiring the preservation of claims against governmental entities. This notice I presented with 12 months of when E.M.'s claim accrued. This is because E.M. recently turned 18, and pursuant to O.C.G.A. §36-11-1, her disability is removed at the time she turns 18.

This claim has its genesis when E.M. was a 16-year-old 10th grade student at Wilcox County High School. E.M. had been acting inappropriately. Her parents confronted her about her behavior. As a result of a Snapchat emoji depicting an older person, the parents became suspicious that she was having an inappropriate relationship with an older man. The parents of E.M. attended an Honor's Day ceremony to watch their child receive an award in the Spring of 2023. E.M. did not attend the ceremony. The parents became increasingly suspicious that E.M. was involved in an inappropriate relationship with one of the coaches at Wilcox County High School. This suspicion was only emboldened from the fact that when they attended the Honors Day ceremony their child remained in "Coach Woody's" classroom. The parents wanted to confront Coach Woody about their discovery. The parents were intercepted in the hallway by the Assistant Principal at Wilcox County who inquired as to why they were in the school. The parents relayed their concerns. On that same day, E.M.'s parents met with the principal and assistant principal of Wilcox County High School at which time they told of a snapchat from who they believed to be a coach at the high school. Since E.M. was spending an inordinate amount of time in Coach Woody's classroom, the School assured that the parents of E.M. "the School would look into it."

The school confronted Coach Woody whereby Coach Woody told the school that he was not having a relationship with E.M. However, Coach Woody was aware that Mr. Lorenzo Dennard had been snapchatting with E.M. previously. In fact, Coach Woody had cautioned E.M. about becoming involved with Mr. Dennard based on the previous Snapchats and his observations from interactions between E.M. and Mr. Dennard in his classroom. Coach Woody had witnessed flirting and even inappropriate physical contact. Coach Woody and Lorenzo Dennard were very close and even called each other "brothers." Coach Woody was aware Lorenzo Dennard was having an inappropriate relationship with E.M.

Coach Woody told the School about the "Snapchatting" and the inappropriate conduct. However, the School told the parents of E.M. that they were not aware of anything inappropriate taking place. The School failed to take any action. The School did not terminate Coach Dennard. The School undertook no further action to make certain that Mr. Dennard was not allowed to come into contact with E.M. pending investigation. The School failed to honor its obligation to report this conduct to law enforcement for an appropriate investigation. As a result, the parents of E.M. harbored under the misguided belief that there was no inappropriate or unlawful relationship ongoing. Ultimately, the School forced Mr. Dennard to leave his employment. The hope was that forcing him to leave would allow his actions to go undetected and be "swept under the rug."

---

[1] E.M.is the young lady that was recently the victim of sexual assault at the hands of your employee, Lorenzo Dennard. You are aware of her identity, and she is being referred to as E.M.in an effort to protect her identity and maintain her confidentiality.

Unfortunately, the relationship was continuing as Mr. Dennard was not investigated by law enforcement. Mr. Dennard continued to inappropriately and surreptitiously contact E.M. by text and snapchat. Pornographic images were sent to E.M.by Mr. Dennard. This all culminated in Mr. Dennard forcing E.M.to engage in compromising sexual activities. It was not until E.M. suffered an emotional breakdown following this horrific encounter that E.M.'s parents discovered that their daughter had been sexually abused by the Mr. Dennard. The discovery of this event took place on June 20, 2024. Upon the discovery of this vile and alarming information concerning their daughter, E.M.'s parents immediately contacted law enforcement. After contacting law enforcement, Mr. Dennard was arrested as it was discovered that he had been texting and snapchatting E.M. sexually explicit images. Mr. Dennard was arrested for his conduct. Of course, if the School had investigated what E.M.'s parents had informed them, then none of this would have happened.

While our investigation of the facts surrounding this incident continues, and without waiving the right to assert additional or different bases for E.M.'s claims at a later date, E.M.'s claims against Wilcox County School District include, but are not limited to Childhood Sexual Abuse under the Hidden Predator Act (OCGA § 9-3-33.1), respondeat superior, negligent hiring and training, negligent infliction of emotional distress and federal claims under Title IX. The School District's basis for liability is not only based upon its status as the employer of Mr. Dennard but also in its aiding of Mr. Dennard harassment by the authority granted to him by the school district over E.M.as a student.

In the event Wilcox County School Board does not satisfactorily resolve these claims, E.M. intends to initiate a suit for the claims stated above for E.M.'s injuries, including pain and suffering, and any and all other damages as permitted under applicable Georgia and federal law, including punitive damages and attorney's fees. Due to these unlawful acts, E.M. suffers from emotional distress manifesting itself in mental health complications, medical bills and pain and suffering. E.M. hereby claims losses in the amount of three million dollars ($3,000,000.00). E.M.is undergoing therapy for these claims. If these claims cannot be settled without limitation, this amount shall not be binding on the claim and a recovery of greater sum is permitted. *Maryon v. City of* Atlanta, 149 Ga. 35 (1919).

Service of this notice is being made upon the above listed persons as the appropriate representatives to receive such Notice of Claim. If you contend there is any other person who should be notified or if you contend this letter does not provide you with sufficient information or notice pursuant to O.C.G.A. § 36-33-5, please contact me immediately and we will correct any deficiencies. Otherwise, you will be deemed to have waived any such contentions or will be considered to be estopped from contending otherwise.

Further, you are advised that this notice is given pursuant to O.C.G.A. § 36-33-5 which provides, "Upon the presentation of such claim, the governing authority shall consider and act upon the claim within 30 days from the presentation." This notice is provided to afford the School, its agents, employees, lessees, assigns, affiliates, successors, and their insurance carriers, if any, sufficient information to allow an investigation of these claims and to adjust and settle these claims if they so desire. The undersigned will look forward to hearing from you withing 30 days of the presentment of these claims.

Respectfully submitted, this 2nd day of January, 2025.

Sincerely,

Patrick S. Flynn

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilcox County Board
of Education
Philip McKie - District 1
114 7th Ave
Rochelle, Ga 31079

9590 9402 9252 4295 0548 94

2. Article Number (Transfer from service label)

9589 0710 5270 2312 6459 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Erin Wells ☐ Agent ☐ Addressee

B. Received by (Printed Name) Erin wells

C. Date of Delivery 1-7-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilcox County Board
of Education
Denita Childs, District 1
114 7th Ave
Rochelle, Ga 31079

9590 9402 9252 4295 0543 13

2. Article Number (Transfer from service label)

9589 0710 5270 2312 6458 60

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Erin Wells ☐ Agent ☐ Addressee

B. Received by (Printed Name) Erin Wells

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilcox Board of Education
William Dozier - District 2
114 7th Ave
Rochelle, Ga 31079

9590 9402 9252 4295 0543 44

2. Article Number *(Transfer from service label)*

9589 0710 5270 2312 6459 14

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Erin Wells ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

Erin Wells

C. Date of Delivery

1-6-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilcox County Board of Education
Morris Holloway - District 3
114 7th Ave
Rochelle, GA 31079

9590 9402 9252 4295 0543 37

2. Article Number *(Transfer from service label)*

9589 0710 5270 2312 6458 46

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature]

☐ Agent
☐ Addresse

B. Received by *(Printed Name)*

C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702312645853

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:23 pm on January 6, 2025 in ROCHELLE, GA 31079.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Left with Individual**

ROCHELLE, GA 31079
January 6, 2025, 3:23 pm

**Arrived at USPS Regional Facility**

MACON GA DISTRIBUTION CENTER
January 5, 2025, 8:57 am

**Arrived at USPS Regional Facility**

JACKSONVILLE FL DISTRIBUTION CENTER
January 4, 2025, 1:33 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

## Text & Email Updates

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilcox County High School
Chad Davis
1358 Ga Highway 215 S.
Rochelle, Ga 31709

9590 9402 9252 4295 0543 06

2. Article Number *(Transfer from service label)*

9589 0710 5270 2312 6458 77

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Mia Miller

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilcox County Board of Education
Dale Garnto, Superintendent
114 7th Ave
Rochelle, Ga 31079

9590 9402 9252 4295 0548 87

2. Article Number *(Transfer from service label)*

9589 0710 5270 2312 6458 91

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Erin Wells ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Erin Wells

C. Date of Delivery 1-6-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt